**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SIDNEY ELLISON,**

    **Plaintiff,**

v.                                         **Case No.  8:08-cv-419-T-30TGW**

**JOHN H. LOGAN,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for More Definite Statement and Supporting Memorandum of Law (Dkt. #15) and *Pro Se* Plaintiff's Response to Defendant's Motion for More Definite Statement (Dkt. #16).  The Court, having considered the motion, response, amended complaint, and being otherwise advised in the premises, concludes that Defendant's motion should be denied.

Upon a review of Plaintiff's Amended Complaint (Dkt. #7), it appears that Plaintiff seeks to bring a civil rights action against John H. Logan, in his individual capacity.  Further, Plaintiff has provided sufficient allegations in the Amended Complaint upon which Defendant may base a responsive pleading.

It is therefore ORDERED AND ADJUDGED that:

1.     Defendant's Motion for More Definite Statement and Supporting Memorandum of Law (Dkt. #15) is **DENIED**.

2. Defendant shall file a responsive pleading to the Amended Complaint within ten (10) days of the entry of this Order.

**DONE** and **ORDERED** in Tampa, Florida on August 8, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-419.mt def stat 15.wpd