UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SIDNEY ELLISON**

    **Plaintiff,**

**v.**                                                                    Case No.: 8:08-CV-419-T-30TGW

**JOHN H. LOGAN,**

    **Defendant.**
_____/

**SUPPLEMENT TO DEFENDANT'S MOTION TO STRIKE AFFIDAVITS
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

    Defendant, JOHN H. LOGAN (hereinafter referred to as "Defendant"), by and through his undersigned counsel hereby files this supplement to the Local Rule 3.01(g) Certification contained in *Defendant's Motion to Strike Affidavits in Opposition to Defendant's Motion for Summary Judgment and Incorporated Memorandum of Law*. (Doc.45)

    Counsel for Defendant has now conferred with Plaintiff and certifies that after a good faith effort to resolve the issues raised by this motion, the parties are unable to agree on the resolution of this motion.

    Respectfully Submitted,

/s/Sherwood S. Coleman
Sherwood S. Coleman
Florida Bar No. 0022632
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL  33778
Telephone: (727) 582-6274
Telecopier: (727) 582-6459
scoleman@pcsonet.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 29, 2009, I electronically filed the foregoing, and with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing documents and the notice of electronic filing by United States mail to the following non-CM/ECF participant:  Plaintiff, SIDNEY LEE ELLISON, *pro se*, South Bay Correctional Facility, P.O. Box 7171, South Bay, Florida  33493.

/s/ Sherwood S. Coleman
**Attorney**