UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIDNEY ELLISON, *pro se,*

    Plaintiff,

v.                                                      Case No. 8:08-CV-419-T-30TGW

JOHN H. LOGAN,

    Defendant.
_____/

## **ORDER**

This matter is before the Court on a sua sponte review of the file. On September 8, 2009, the Plaintiff orally moved the Court to appoint counsel and continue the trial. (See Dkt. 83). The Court denied the motion to appoint counsel. (Id.). Plaintiff advised the Court that he would be released from incarceration in April 2010, and wished to retain counsel to represent him in this action. (Id.). The Court granted the oral motion to continue the trial, and continued the trial to the July 2010 calendar. (Id.). A pretrial conference is set for June 8, 2010. (Id.). The Court also instructed Plaintiff that once he was released from prison, he must provide the Court with his address and telephone number. (Id.). Although Plaintiff has been released from incarceration, he has not provided this Court with his address and telephone number.[1] Nor has counsel filed a notice of appearance on Plaintiff's behalf.

Accordingly, the Court **ORDERS** that:

---

[1] The Court takes judicial notice of information contained on the Florida Department Of Corrections Offender Information Network, April 15, 2010, stating that Plaintiff was released on March 9, 2010. See Fed. R. Evid. 201.

1. On or before **May 1, 2010**, Plaintiff shall **file**[2] a status report with the Court in which Plaintiff shall:

    a. provide the Court with his current address and telephone number;

    b. inform the Court whether he has retained counsel to represent him in this action, and if not

    c. inform the Court whether he intends to proceed in this action *pro se* or continue to seek to retain counsel.

2. If Plaintiff fails to comply with this Order on or before **May 1, 2010**, the Court **may dismiss this action** for failure to prosecute.

**DONE** and **ORDERED** in Tampa, Florida on April 15, 2010.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copies furnished to:
Counsel of Record
Plaintiff *pro se*

---

[2]Plaintiff is cautioned that because he is no longer a prisoner, he is not entitled to the benefits of the "mailbox rule", i.e., his pleadings are not deemed filed at the time they are mailed. *See Houston v. Lack*, 487 U.S. 266, 270-71 (1988) (a notice of appeal filed by an incarcerated pro se litigant was deemed filed at the time the inmate relinquished control of it to prison officials).