**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SIDNEY ELLISON, *pro se,*

    Plaintiff,

v.                                                        Case No. 8:08-cv-419-T-30TGW

JOHN H. LOGAN, individually and in his
capacity as a Deputy Sheriff of the Florida
Department of Law Enforcement for
Pinellas County, Florida,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE came before the Court for pre-trial conference on June 8, 2010.

Plaintiff failed to appear for pre-trial conference despite being provided with notice of same.

Plaintiff did not contact the Court about an inability to attend. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed without prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 9, 2010.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

                                                      F:\Docs\2008\08-cv-419.dismissal.wpd